# United States District Court for the District of Columbia

Sai

*Plaintiff*

v.

Department of Homeland Security *et al.*

*Defendants*

Civil Action No.: 1:14-cv-1876-RDM

## Second notice of supplemental authority re. motion for IFP affidavit seal [65]

After filing my previous notice, I had a conversation with my appellate attorney for this issue and discovered further supplemental authority, which I bring promptly to this Court's attention:

*US v. Benzer,* No. 2:13-cr-00018-JCM-GWF (D. NV. Aug. 7, 2015) at p. 2:

> "(a) The courts have generally held that a defendant's affidavit of financial condition is an administrative, rather than a judicial record, and does not fall within the qualified First Amendment or common law right of public access. *Boston Herald v. Connolly*, 321 F.3d 174 (1st Cir. 2003); *United States v. Gonzalez,* 150 F.3d 1246 (10th Cir. 1998); *United States v. Lexin*, 434 F.Supp.2d 836 (S.D.Cal. 2006); and *United States v. McGee*, 2007 WL 2570240 (E.D.Wis. 2007). Lexin also states that even if a defendant's affidavit of financial condition can be classified as a judicial record, there is no qualified First Amendment right of access to such documents. 434 F.Supp.2d at 849-855. This Court finds the reasoning of these cases persuasive. Because the [Las Vegas] Review Journal does not request the unsealing of the defendants' financial information, however, the Court does not discuss these decisions in greater detail. Docket Nos. 18, 20, 22, 24, 26, 28, 30, 32, 52, 157, and 331 are affidavits of financial condition filed on behalf of Defendants. These documents shall remain sealed.
>
> (b) Docket Nos. 154, 166, 179, 180, 182, and 183, although not affidavits of financial condition, relate to Defendant Levinson's ex parte request regarding the release of funds belonging to him to be used for payment of his legal fees and his qualification for CJA representation. The Court finds that these matters are also administrative in nature and do not qualify as judicial records for the reasons set forth in the foregoing cases and, accordingly, shall remain sealed."

Respectfully submitted,
Sai, *plaintiff pro se*
dccc@s.ai
+1 510 394 4724 phone / +1 206 203 2827 fax
4023 Kennett Pike #54514, Wilmington, DE 19807

**Certificate of service**

I hereby certify that today, September 28, 2015, I filed this paper on Defendants by CM/ECF.